# Requested Information

## Mandatory Bankruptcy Noticing Matter under Federal Rule of Bankruptcy Procedure 9036

The Procedure for Designating and Notifying High-Volume Paper Notice Recipients Pursuant to Fed. R. Bankr. P. 9036(b)(2)(B) asks that the court transmit to the Administrative Office the outcome of any proceeding relating to a Fed. R. Bankr. P. 9036(b)(2)(B) matter within two business days of the proceeding.

Bankruptcy Court District: Eastern District of Michigan

High-volume notice entity name: Henry Ford Health System

Mailing Address: P.O. Box 553920, Detroit, MI 48255-3920

Case/Proceeding Number: 22-00403-dob

Trading Partner Number (if known):

Outcome: Party failed to show for hearing.

Please save this document as a PDF and send this document, or a substantive version of this information in your own format, to BNC_MEBN@ao.uscourts.gov. Attach any related order PDFs to your email.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    Proceedings to Enforce
    Fed. R. Bankr. P. 9036
_____/

Misc. Proceeding No. 22-00403
Hon. Daniel S. Opperman

ORDER REQUIRING HENRY FORD HEALTH SYSTEM
TO APPEAR THROUGH COUNSEL
AT A STATUS CONFERENCE ON APRIL 21, 2022

    The Administrative Office of the United States Courts has advised the Court that Henry Ford Health System has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 100 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high-volume recipients (with limited exceptions) must receive electronic notices.

    The Administrative Office of the United States Courts has advised the Court that Henry Ford Health System has failed to register to receive electronic bankruptcy notices.

    ***On Thursday, April 21, 2022 at 3:00 p.m. in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708***, the Court will conduct a status conference to determine what action should be taken to compel (if necessary) Henry Ford Health System to comply with Federal Rule of Bankruptcy Procedure 9036.[1] Henry Ford Health System is ordered to appear at the status conference through counsel. Counsel should be prepared to advise the Court on the steps that Henry Ford Health System is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.

---

[1] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

In lieu of attendance at the scheduled status conference, Henry Ford Health System may complete and file **Exhibit A,** confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[2]  Alternatively, Henry Ford Health System may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center. Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

The Clerk will serve this Order on Henry Ford Health System, P.O. Box 553920, Detroit, Michigan 48255-3920 by United States Mail and file a Certificate of Service.

**Signed on March 25, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**

---

[2] Registration for electronic bankruptcy noticing is at the following website: https://bankruptcynotices.uscourts.gov/register.

# U.S. Bankruptcy Court
# Eastern District of Michigan (Detroit)
# Miscellaneous Proceeding #: 22-00403-dob
## Internal Use Only

*Assigned to:* Judge Daniel S. Opperman.BayCity        *Date Filed:* 03/25/22

*Miscellaneous Participant*
-----------------------
**Henry Ford Health System**
PO BOX 553920
Detroit, MI 48255-3920

| Filing Date | # | Docket Text |
|---|---|---|
| 03/25/2022 | 1 | Miscellaneous Case Filed by Henry Ford Health System . Receipt Number NO FEE, Fee Amount $49. (Sam R.) (Entered: 03/25/2022) |
| 03/25/2022 | 2 | Order Requiring Henry Ford Health System to Appear Through Counsel at a Status Conference on April 21, 2022. Status Conference to be held on 4/21/2022 at 03:00 PM Courtroom, Bay City, 111 First St. (Sam R.) (Entered: 03/25/2022) |
| 03/25/2022 | 3 | Certificate of Service: A Copy of this Related Document was Mailed on , by the United States Postal Service to the non-ECF Participants at His/Her Respective Address Appearing in the Records of the Court. (RE: related document(s)2 Order To Set Hearing). (Sam R.) (Entered: 03/25/2022) |
| 04/21/2022 |  | Minute Entry. Party failed to show for hearing. Court to file report with Administrative Office. (RE: related document(s) 2 Order To Set Hearing) (Erickson, Wendy) (Entered: 04/21/2022) |